# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 29, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130941

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JOE TRAVIS ULLMER,
      Defendant-Appellant.

SC: 130941
COA: 267702
Muskegon CC: 05-051335-FH

_____/

On order of the Court, the application for leave to appeal the February 23, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

KELLY, J., dissents and states as follows:

I would grant leave to appeal for the reasons set forth in my dissenting statement in *People v Conway*, 474 Mich 1140 (2006).

MARKMAN, J., dissents and states as follows:

I would grant leave to appeal for the reasons set forth in my dissenting statement in *People v Wright*, 474 Mich 1138 (2006).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 29, 2006

Clerk

d0926